THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Jacques Pierre, Appellant.
 
 
 

Appeal From Clarendon County
  Thomas W. Cooper, Jr., Circuit Court
 Judge

Unpublished Opinion No.  2008-UP-519
 Submitted September 2, 2008  Filed
 September 9, 2008

APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, South Carolina Commission
 of Indigent Defense, Division of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliott, Office of the Attorney General, all of Columbia; and Solicitor Cecil
 Kelly Jackson, of Sumter, for Respondent.
 
 
 

PER CURIAM: Jacques Pierre appeals his conviction and sentence for
 assault and battery of a high and aggravated nature, arguing the trial court
 erred by failing to charge the jury on the defense of accident.  After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Pierres appeal and grant counsels motion to be relieved. 
APPEAL
 DISMISSED.
SHORT,
 THOMAS, and PIEPER, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.